UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Grafton School District,

                Plaintiff,

v.

                Case No. 19-cv-1179

J.L, a minor,
by and through his parent and next friend, L.L.,

                Defendant.

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and Civil L.R. 7, Plaintiff Grafton School District (the "District") hereby moves this Court for a preliminary injunction staying the ALJ Decision & Order (the "Decision & Order") at issue in this action, pending the conclusion of this Court's resolution of the District's appeal from that order. The bases for this motion are set forth in the accompanying Memorandum of Law In Support of Plaintiff's Motion to Preliminarily Enjoin the ALJ Decision & Order Pending Resolution of this Case On the Merits and the September 26, 2019 Declaration of Christine Hamiel, as well as the administrative record, the parties' previous filings with this Court, and any additional argument the Court may consider.

1

Case 2:19-cv-01179-LA   Filed 09/26/19   Page 1 of 2   Document 14

Respectfully submitted this 26th day of September, 2019.

> By: s/Matthew J. Thome\_\_\_\_\_
>
> Andrew T. Phillips (SBN 1022232)
> Christine V. Hamiel (SBN 1087421)
> Matthew J. Thome  (SBN 1113463)
> von Briesen & Roper, s.c.
> 411 East Wisconsin Avenue, Suite 1000
> Milwaukee, WI 53202
> Phillips Phone: (414) 287-1570
> Phillips Facsimile: (414) 238-6439
> Hamiel Phone: (414) 287-1266
> Hamiel Facsimile: (414) 238-6527
> Thome Phone: (414) 287-1433
> Thome Facsimile: (414) 238-6505
> aphillips@vonbriesen.com
> chamiel@vonbriesen.com
> mthome@vonbriesen.com
>
> *Attorneys for Plaintiff Grafton School District*